IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMPLE OF 1001 BUDDHAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FREMONT,<br><br>　　　　Defendant. | Case No. 21-cv-04661-CRB<br><br>**JUDGMENT** |

Having granted Defendant's motion to dismiss without leave to amend, see Order Granting MTD (dkt. 42), the Court hereby enters judgment for Defendant City of Fremont and against Plaintiffs Temple of 1001 Buddhas and Miaolan Lee.

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
CHARLES R. BREYER
United States District Judge